| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L. | U.S. Court of Appeals, 3rd Cir | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Federal Courthouse
844 N. King Street, Lock Box 32
Wilmington, DE 19801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Thomas L. Ambro Revocable Trust |
| 2. Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. Member | Executive Committee, Richard S. Rodney Inn of Court |
| 4. Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 5. Member | Board of Editors, Delaware Lawyer |
| 6. Member | Board of Editors, Delaware Law Review |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Georgetown University - teaching | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | State of Delaware - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Chicago Law School | January 22-23-2013 | Chicago, IL | Sidebar Panelist | Transportation, Lodging & Meals |
| 2. | Georgetown University | April 3, 2013 | Washington, DC | Teaching Clinic Class | Transportation |
| 3. | Georgetown University | August 5-6, 2013 | Washington, DC | Teaching Class | Transportation |
| 4. | Georgetown University | August 27-28, 2013 | Washington, DC | Teaching Class | Transportation |
| 5. | Georgetown University | September 8-9. 2012 | Washington, DC | Teaching Class | Transportation |
| 6. | Georgetown University | September 15-16, 2013 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ambro, Thomas L. | 05/14/2014 |

| 7. | Georgetown University | September 22-23, 2013 | Washington, DC | Teaching Class | Transportation |
| --- | --- | --- | --- | --- | --- |
| 8. | Georgetown University | September 30, 2013 | Washington, DC | Teaching Class | Transportation |
| 9. | Georgetown University | October 6-7, 2013 | Washington, DC | Teaching Class | Transportation |
| 10. | Georgetown University | October 19-21, 2013 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | October 27-28, 2013 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | November 1, 2013 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | November 3-4, 2013 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | November 10-11, 2013 | Washington, DC | Teaching Class | Transportation |
| 15. | Georgetown University | November 17-18, 2013 | Washington, DC | Teaching Class | Transportation |
| 16. | Georgetown University | November 24-25, 2013 | Washington, DC | Teaching Class | Transportation |
| 17. | Georgetown University | December 1-2, 2013 | Washington, DC | Teaching Class | Transportation |
| 18. | Georgetown University | December 10-12, 2013 | Washington, DC | Teaching Class | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 144) | P1 |
| 2. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 144) | P1 |
| 3. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 144) | P1 |
| 4. | PNC Bank, National Association | Guaranty of letter of credit reimbursement obligations of Middletown Professional Properties, LLC | O |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | A | Interest | K | T | | | | | |
| 2. M&T Bank Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | | None | J | T | | | | | |
| 4. Trust Account #6 | D | Dividend | M | T | | | | | |
| 5. - Centerpoint Energy Inc | | | | | Sold | 02/04/13 | K | D | |
| 6. - Harris Assoc Oakmark I | | | | | Buy (add'l) | 05/04/13 | J | | |
| 7. | | | | | Distributed (part) | 02/07/13 | L | | |
| 8. | | | | | Sold (part) | 06/05/13 | J | B | |
| 9. | | | | | Sold (part) | 07/11/13 | J | A | |
| 10. - Oppenheimer Limited Term Municipal FD CL C | | | | | Distributed | 02/07/13 | L | | |
| 11. - WF Advantage Municipal Money Market | | | | | | | | | |
| 12. IRA Account #1 | C | Dividend | N | T | | | | | |
| 13. - Oakmark Fund Class I | | | | | | | | | |
| 14. - Dodge & Cox Intl Stock Fund | | | | | Sold (part) | 02/25/13 | J | | |
| 15. | | | | | Sold | 04/08/13 | K | B | |
| 16. - Fairholme Fund | | | | | Buy (add'l) | 02/26/13 | J | | |
| 17. | | | | | Sold | 04/08/13 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - WHV International Equity FD CL I | | | | | Buy (add'l) | 02/26/13 | J | | |
| 19. | | | | | Sold | 04/08/13 | J | A | |
| 20. - Federated Strategic Value Dividend Fund | | | | | Buy (add'l) | 01/08/13 | J | | |
| 21. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 22. | | | | | Sold | 04/08/13 | K | B | |
| 23. - Natixis FDS TR 1 Oakmark Intl FD | | | | | Sold (part) | 01/11/13 | J | A | |
| 24. | | | | | Sold (part) | 02/25/13 | J | A | |
| 25. | | | | | Sold | 04/08/13 | K | D | |
| 26. - Brandes Invt TR Instl Emerging Mkts FD | | | | | Sold | 04/08/13 | K | B | |
| 27. - Federated Intl Strategic Value Dividend Fund | | | | | Sold | 04/08/13 | K | C | |
| 28. - Matthews Asia Dividend Fund | | | | | Sold | 04/08/13 | K | C | |
| 29. -Pimco Equity Ser Eqs Pathfinder | | | | | Buy (add'l) | 04/08/13 | J | | |
| 30. | | | | | Sold | 04/08/13 | K | C | |
| 31. - Primecap Odyssey FDS Aggressive Growth Fund | | | | | Sold (part) | 02/25/13 | J | A | |
| 32. | | | | | Sold | 04/08/13 | K | D | |
| 33. - T Rowe Price Cap Appreciation FD | | | | | Buy | 01/08/13 | J | | |
| 34. | | | | | Sold | 02/25/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Thornburg Invt TR Income Builder FD | | | | | Buy (add'l) | 02/25/13 | J | | |
| 36. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 37. | | | | | Sold | 04/08/13 | K | C | |
| 38.   - iShares core S&P Midcap | | | | | Buy (add'l) | 08/01/13 | M | | |
| 39. | | | | | Sold (part) | 09/03/13 | M | | |
| 40. | | | | | Buy (add'l) | 10/01/13 | M | | |
| 41.   - iShares Core S&P 500 Index | | | | | Buy | 04/10/13 | M | | |
| 42. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 43. | | | | | Sold (part) | 06/13/13 | J | A | |
| 44. | | | | | Sold (part) | 07/01/13 | M | B | |
| 45. | | | | | Buy (add'l) | 11/01/13 | M | | |
| 46.   - Proshares Untra Midcap 400 | | | | | Buy | 08/01/13 | L | | |
| 47. | | | | | Buy (add'l) | 10/01/13 | L | | |
| 48. | | | | | Sold (part) | 11/01/13 | J | A | |
| 49.   - Proshares Ultra S&P 500 | | | | | Buy | 04/10/13 | L | | |
| 50. | | | | | Sold (part) | 05/01/13 | J | | |
| 51. | | | | | Buy (add'l) | 06/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/01/13 | L | C | |
| 53. | | | | | Buy (add'l) | 11/01/13 | L | | |
| 54.   - iShares Russell 2000 | | | | | Buy | 04/10/13 | M | | |
| 55. | | | | | Sold (part) | 05/01/13 | M | | |
| 56. | | | | | Buy (add'l) | 06/03/13 | M | | |
| 57. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 58. | | | | | Sold | 08/01/13 | J | A | |
| 59. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 60. | | | | | Sold | 11/01/13 | M | D | |
| 61.   - Ultra Russell 2000 Midcap 400 | | | | | Buy | 06/03/13 | L | | |
| 62. | | | | | Sold | 11/01/13 | L | D | |
| 63.   - iShares 3-7 Year Treasury Bond | | | | | Buy | 05/01/13 | L | | |
| 64. | | | | | Sold (part) | 06/03/13 | L | | |
| 65. | | | | | Buy (add'l) | 07/01/13 | M | | |
| 66. | | | | | Sold (part) | 08/01/13 | M | | |
| 67. | | | | | Buy (add'l) | 09/03/13 | M | | |
| 68. | | | | | Sold | 10/01/13 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Proshares Trust Ultra 7-10 YR Treasury | | | | | Buy | 05/01/13 | L | | |
| 70. | | | | | Sold (part) | 06/01/13 | L | | |
| 71. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 72. | | | | | Sold (part) | 08/01/13 | K | | |
| 73. | | | | | Buy (add'l) | 09/03/13 | K | | |
| 74. | | | | | Sold | 10/01/13 | K | | |
| 75.  - Ultra Russell 2000 Proshares | | | | | Buy | 04/10/13 | L | | |
| 76. | | | | | Sold (part) | 05/01/13 | L | | |
| 77. | | | | | Buy (add'l) | 06/03/13 | L | | |
| 78. | | | | | Sold (part) | 07/01/13 | J | A | |
| 79. | | | | | Sold (part) | 08/01/13 | J | A | |
| 80. | | | | | Sold | 10/01/13 | J | A | |
| 81.  - Pimco All Asset Authority | | | | | Buy | 02/25/13 | J | | |
| 82. | | | | | Buy (add'l) | 02/26/13 | K | | |
| 83. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 84. | | | | | Sold | 04/08/13 | K | | |
| 85.  IRA Account #2 | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fairholme Fund | | | | | Buy (add'l) | 02/26/13 | J | | |
| 87. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 88. - WHV International Equity FD CL | | | | | Buy (add'l) | 02/26/13 | J | | |
| 89. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 90. - Dodge & Cox Intl Stock FD | | | | | Sold (part) | 02/25/13 | K | | |
| 91. | | | | | Sold (part) | 09/06/13 | J | A | |
| 92. - Federated Strategic Value Dividend FD | | | | | Buy (add'l) | 02/26/13 | J | | |
| 93. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 94. - Natixisfds TR I Oakmark Intl FD | | | | | Sold (part) | 02/25/13 | J | A | |
| 95. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 96. | | | | | Sold (part) | 09/06/13 | J | B | |
| 97. - Brandes Invt TR Instl Emerging Mkts FD | | | | | Sold (part) | 02/25/13 | J | A | |
| 98. | | | | | Sold (part) | 09/06/13 | J | A | |
| 99. - Federated Invt TR Instl Emerging Mkts FD | | | | | Buy (add'l) | 02/26/13 | J | | |
| 100. | | | | | Sold (part) | 09/06/13 | K | B | |
| 101. - Matthews Asia Dividend FD | | | | | Sold (part) | 09/06/13 | J | A | |
| 102. - Pimco Equity Ser EQS Pathfinder | | | | | Buy (add'l) | 02/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/06/13 | K | C | |
| 104. - Primecap Odyssey FDS Aggressive Growth FD | | | | | Sold (part) | 02/25/13 | J | A | |
| 105. | | | | | Sold (part) | 04/12/13 | J | A | |
| 106. | | | | | Sold (part) | 07/12/13 | J | A | |
| 107. | | | | | Sold (part) | 09/06/13 | J | A | |
| 108. - T Rowe Price Ca Appreciation FD | | | | | Sold | 02/25/13 | K | B | |
| 109. - Thornburg Invt TR Invt Income Builder | | | | | Buy (add'l) | 02/26/13 | J | | |
| 110. | | | | | Sold | 09/06/13 | K | B | |
| 111. - Northern Lts FD TR III Good Harbor US TActical Core Fund | | | | | Buy | 09/09/13 | K | | |
| 112. - Mainstay FDS TR Marketfield FD CL I | | | | | Buy | 09/09/13 | J | | |
| 113. - Blackrock FDS Emerging MKT Long/ Short Equity FD | | | | | Buy | 09/09/13 | J | | |
| 114. - Virtus Opportunities Trust | | | | | Buy | 09/06/13 | K | | |
| 115. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 116. - Pimco All Asset All Authority | | | | | Buy | 02/25/13 | J | | |
| 117. | | | | | Buy (add'l) | 02/26/13 | K | | |
| 118. | | | | | Sold | 09/06/13 | K | | |
| 119. Trust Account #12 | D | Int./Div. | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Fairholme Fund | | | | | Sold (part) | 02/25/13 | J | A | |
| 121. | | | | | Buy (add'l) | 02/26/13 | K | | |
| 122. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 123. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 124. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 125. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 126. - WHV International Equity FD | | | | | Buy (add'l) | 09/09/13 | J | | |
| 127. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 128. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 129. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 130. -Federated Strategic Value Dividend Fund Instl | | | | | Buy (add'l) | 02/26/13 | J | | |
| 131. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 132. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 133. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 134. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 135. - Thornburg Invt TR Income Builder FD | | | | | Buy (add'l) | 02/26/13 | J | | |
| 136. | | | | | Sold | 09/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Brandes Invt TR Inst Emerging Mkts FD | | | | | Sold (part) | 02/25/13 | J | A | |
| 138. | | | | | Sold (part) | 09/06/13 | J | | |
| 139. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 140. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 141. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 142.  - Dodge & Cox Intl Stock FD | | | | | Sold (part) | 02/25/13 | J | A | |
| 143. | | | | | Sold (part) | 09/06/13 | J | A | |
| 144. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 145. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 146. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 147.  - Federated Intl Strategic Value Dividend FD | | | | | Buy (add'l) | 02/26/13 | J | | |
| 148. | | | | | Sold | 09/06/13 | K | B | |
| 149.  - Matthews Asia Dividend FD | | | | | Sold (part) | 02/25/13 | J | A | |
| 150. | | | | | Sold (part) | 09/03/13 | J | A | |
| 151. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 152. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 153. | | | | | Buy (add'l) | 09/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Natixis FDS TR I Oakmark Intl FD CL A | | | | | Sold (part) | 02/25/13 | J | A | |
| 155. | | | | | Sold (part) | 09/06/13 | J | B | |
| 156. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 157. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 158. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 159.  - Pimco Equity Ser EQS Pathfinder FD | | | | | Buy (add'l) | 02/26/13 | J | | |
| 160. | | | | | Sold | 09/06/13 | K | C | |
| 161.  - Primecap Odyssey FDS Aggressive Growth FD | | | | | Sold (part) | 02/25/13 | J | A | |
| 162. | | | | | Sold (part) | 09/06/13 | J | A | |
| 163. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 164. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 165. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 166.  - T Rowe Price Cap Appreciation FD | | | | | Sold | 02/25/13 | K | B | |
| 167.  - Northern Lts FD TR III Good harbor US Tactical Core Fund | | | | | Buy | 09/09/13 | K | | |
| 168. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 169. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 170. | | | | | Buy (add'l) | 09/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Mainstay FDS TR Marketfield FD | | | | | Buy | 09/09/13 | K | | |
| 172. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 173. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 174. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 175.  - Blackrock FDS Emerging MKT Equity FD Instl Shs | | | | | Buy | 09/09/13 | J | | |
| 176. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 177. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 178. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 179.  - Virtus Opportunities Trust | | | | | Buy | 09/06/13 | K | | |
| 180. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 181. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 182. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 183. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 184.  - Pimco All Asset All Authority | | | | | Buy | 02/25/13 | J | | |
| 185. | | | | | Buy (add'l) | 02/26/13 | K | | |
| 186. | | | | | Sold | 09/06/13 | K | | |
| 187.  Springside, LLC (2000 - $300,000, 2012- $20,123) | A | Interest | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Middletown Professional Properties, LLC, (2004 - $80,925) | D | Rent | O | W | | | | | |
| 189.  Trust #14 | E | Interest | | | Closed | | | | |
| 190.  - Du Page Cook & Will Cntys IL Bond | | | | | Sold | 09/09/13 | K | A | |
| 191.  - Oaklahoma Cnty Ok Indpt Sch Dist No 89 | | | | | Sold | 04/04/13 | K | C | |
| 192.  - University TX Univ Revs Rfdg Fing Sys | | | | | Sold | 03/13/13 | K | C | |
| 193.  - Gwinnett Cnty GA Sch Dist G/O | | | | | Sold | 03/24/13 | K | C | |
| 194.  - Maryland St St & Loc FACS LN 2nd Ser G/O | | | | | Sold | 05/02/13 | K | B | |
| 195.  - Cherokee Cnty GA Sch Sys G/O | | | | | Sold (part) | 05/02/13 | J | D | |
| 196. | | | | | Sold | 09/10/13 | K | A | |
| 197.  - Illinois St Toll Hwy Auth Rev SR Priority | | | | | Sold | 09/10/13 | K | A | |
| 198.  - Arizona Brd Regents Univ AZ Sys Rev Ser A | | | | | Sold | 09/10/13 | K | B | |
| 199.  - Utah St Ser C G/O B/E CPN | | | | | Sold | 03/13/13 | L | C | |
| 200.  - Indiana ST Fin Auth Rev Rfdg ST | | | | | Sold | 04/04/13 | L | D | |
| 201.  - Metro Atlanta Rapid Tran Rev Ref | | | | | Sold | 02/08/13 | M | D | |
| 202.  - Sprint TX Indpt Sch Dist Ref Schoolhouse Ser A | | | | | Sold | 09/10/13 | K | B | |
| 203.  - Lower Co Riv Auth TX Transmission Contract RV | | | | | Sold | 01/04/13 | M | D | |
| 204.  - Dallas TX Area Rapid Tran Sales Tax Rev | | | | | Sold | 03/06/13 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Missouri St Hwys & Transn Commn ST RD Rev | | | | | Sold | 02/26/13 | L | C | |
| 206. - University WA Univ Revs Rfdg Gen Ser A B/E | | | | | Sold | 09/10/13 | J | | |
| 207. - Minnesota ST Gen FD Rfdg Appropriation Ser B | | | | | Sold | 09/10/13 | L | | |
| 208. - New Jersey ST Tpk Auth Tpk Rev Ser B | | | | | Sold | 06/04/13 | M | | |
| 209. - Fort Bend Cnty TX Rfdg Sub Lien Toll RD | | | | | Sold | 06/06/13 | K | | |
| 210. - Charlotte Mecklenburg Hsp Auth NC HC Sys Rev Rfdg | | | | | Sold | 06/17/13 | L | | |
| 211. - Clackamas & WA Cntys OR | | | | | Buy | 09/05/13 | J | | |
| 212. | | | | | Sold | 09/10/13 | J | A | |
| 213. - Metropolitian St. Louis MO Wastewater Sys Rev | | | | | Buy | 01/11/13 | L | | |
| 214. | | | | | Sold | 06/17/13 | L | | |
| 215. - Montgomery Cnty MD Public Impt Ser | | | | | Buy | 01/04/13 | K | | |
| 216. | | | | | Sold | 08/29/13 | K | | |
| 217. - New York St Env Mentl Facs Corp | | | | | Buy | 06/26/13 | K | | |
| 218. | | | | | Sold | 09/10/13 | K | | |
| 219. Trust #15 | D | Int./Div. | N | T | | | | | |
| 220. - Duke Energy Corp | | | | | Sold (part) | 04/26/13 | J | B | |
| 221. | | | | | Donated (part) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Johnson & Johnson | | | | | | | | | |
| 223. - Microsoft Corp | | | | | Sold (part) | 04/30/13 | K | E | |
| 224. | | | | | Sold (part) | 05/22/13 | K | D | |
| 225. - Range Resources Corp | | | | | | | | | |
| 226. - Rex Energy Corp | | | | | | | | | |
| 227. - The St Joe Company | | | | | | | | | |
| 228. - Ultra Petroleum Corp | | | | | Sold | 09/05/13 | J | | |
| 229. - Fairholme FDS Inc | | | | | Buy (add'l) | 01/07/13 | J | | |
| 230. -Franklin Funds High Yield Tax-Free Inc | | | | | Sold | 09/05/13 | K | | |
| 231. - Oppenheimer Muni FD Limited Term Mun FD | | | | | Sold | 09/05/13 | K | | |
| 232. - Clean Energy Fuels Corp | | | | | Buy | 03/13/13 | K | | |
| 233. | | | | | Sold | 09/05/13 | J | | |
| 234. IRA #3 | D | Int./Div. | M | T | | | | | |
| 235. - Devon Energy Corp | | | | | | | | | |
| 236. - Dominion Res Inc VA | | | | | Sold | 04/26/13 | L | E | |
| 237. - Exxon Mobil Corp | | | | | | | | | |
| 238. - Market Vector Gold Miners | | | | | Sold | 11/27/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Supervalu Inc | | | | | Sold | 07/09/13 | J | A | |
| 240. - Unified Ser TR Appleseed FD | | | | | Sold | 04/04/13 | K | B | |
| 241. - Brown Cap Mgmt Mut FDS Small Co Fund Inv | | | | | | | | | |
| 242. - Gamco Glbl Gold Natural Resources & Income TR by Gabelli | | | | | Sold | 11/27/13 | J | | |
| 243. - Marine Harvest - Unspn ADR | | | | | | | | | |
| 244. - The St Joe Company | | | | | | | | | |
| 245. - Fairholme FDS Inc | | | | | | | | | |
| 246. IRA #4 | E | Int./Div. | P1 | T | | | | | |
| 247. - iShares Barclays 3-7 Yr Treasury Bond FD | | | | | Sold (part) | 01/02/13 | N | | |
| 248. | | | | | Buy (add'l) | 05/01/13 | N | | |
| 249. | | | | | Sold (part) | 06/03/13 | N | | |
| 250. | | | | | Buy (add'l) | 07/01/13 | O | | |
| 251. | | | | | Sold (part) | 08/01/13 | O | | |
| 252. | | | | | Buy (add'l) | 09/03/13 | O | | |
| 253. | | | | | Sold | 10/01/13 | O | D | |
| 254. - iShares Core S&P Midcap ETF | | | | | Sold (part) | 01/02/13 | L | C | |
| 255. | | | | | Sold (part) | 01/22/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 03/01/13 | O | E | |
| 257. | | | | | Buy (add'l) | 08/01/13 | O | | |
| 258. | | | | | Sold (part) | 09/03/13 | O | | |
| 259. | | | | | Buy (add'l) | 10/01/13 | O | | |
| 260. - Proshares Trust ET Ultra 7-10 YR Treasury Non-Traditional | | | | | Sold (part) | 01/02/13 | N | | |
| 261. | | | | | Buy (add'l) | 05/02/13 | N | | |
| 262. | | | | | Sold (part) | 06/03/13 | N | | |
| 263. | | | | | Buy (add'l) | 07/01/13 | M | | |
| 264. | | | | | Sold (part) | 08/01/13 | M | | |
| 265. | | | | | Buy (add'l) | 09/03/13 | M | | |
| 266. | | | | | Sold (part) | 10/01/13 | M | D | |
| 267. - Proshares Ultra ET Midcap 400 Non-Traditional ETF | | | | | Buy (add'l) | 01/02/13 | K | | |
| 268. | | | | | Sold (part) | 01/22/13 | K | C | |
| 269. | | | | | Sold (part) | 03/01/13 | N | E | |
| 270. | | | | | Buy (add'l) | 08/01/13 | N | | |
| 271. | | | | | Sold (part) | 09/03/13 | N | | |
| 272. | | | | | Buy (add'l) | 10/01/13 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/01/13 | J | A | |
| 274. - iShares Core S&P 500 | | | | | Buy | 03/01/13 | O | | |
| 275. | | | | | Buy (add'l) | 05/01/13 | L | | |
| 276. | | | | | Sold (part) | 06/03/13 | L | C | |
| 277. | | | | | Sold (part) | 07/01/13 | N | E | |
| 278. | | | | | Buy (add'l) | 11/01/13 | O | | |
| 279. - Proshares Ultra S&P ET 500 | | | | | Buy | 03/01/13 | N | | |
| 280. | | | | | Sold (part) | 05/01/13 | L | D | |
| 281. | | | | | Buy (add'l) | 06/03/13 | K | | |
| 282. | | | | | Sold (part) | 07/01/13 | N | E | |
| 283. | | | | | Buy (add'l) | 11/01/13 | N | | |
| 284. - Ultra Russell 2000 Proshares ETF | | | | | Buy | 01/02/13 | N | | |
| 285. | | | | | Sold (part) | 01/22/13 | K | A | |
| 286. | | | | | Sold (part) | 05/01/13 | N | E | |
| 287. | | | | | Buy (add'l) | 06/03/13 | N | | |
| 288. | | | | | Sold (part) | 07/01/13 | K | A | |
| 289. | | | | | Sold (part) | 08/01/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 09/03/13 | J | A | |
| 291. | | | | | Sold<br>(part) | 10/01/13 | K | B | |
| 292. | | | | | Sold | 11/01/13 | N | F | |
| 293.   - iShares TR Russell 2000 Index FD | | | | | Buy | 01/02/13 | O | | |
| 294. | | | | | Sold<br>(part) | 01/02/13 | J | A | |
| 295. | | | | | Sold<br>(part) | 05/01/13 | O | E | |
| 296. | | | | | Buy<br>(add'l) | 06/03/13 | O | | |
| 297. | | | | | Buy<br>(add'l) | 07/01/13 | J | | |
| 298. | | | | | Sold<br>(part) | 08/01/13 | K | B | |
| 299. | | | | | Buy<br>(add'l) | 09/03/13 | J | | |
| 300. | | | | | Sold | 11/01/13 | O | F | |
| 301.   Trust #16 | E | Int./Div. | P1 | T | | | | | |
| 302.   - Anworth Mortgage Asset Corp | | | | | Buy<br>(add'l) | 02/14/13 | J | | |
| 303. | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 304. | | | | | Buy<br>(add'l) | 03/12/13 | J | | |
| 305. | | | | | Buy<br>(add'l) | 04/10/13 | J | | |
| 306. | | | | | Buy<br>(add'l) | 05/08/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 07/05/13 | J | | |
| 308. | | | | | Sold (part) | 12/20/13 | J | | |
| 309. | | | | | Sold | 12/23/13 | J | | |
| 310. - Apollo Investment Corp | | | | | Buy (add'l) | 02/14/13 | J | | |
| 311. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 312. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 313. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 314. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 315. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 316. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 317. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 318. - Applied Materials Inc AMAT | | | | | Sold | 01/08/13 | J | A | |
| 319. - Arlington Asset Investment Corp | | | | | Buy (add'l) | 03/12/13 | J | | |
| 320. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 321. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 322. | | | | | Sold | 12/18/13 | J | B | |
| 323. - Armour Residential Reit Inc | | | | | Buy | 02/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 325. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 326. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 327. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 328. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 329. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 330. | | | | | Sold (part) | 05/29/13 | J | | |
| 331. | | | | | Sold (part) | 06/10/13 | J | | |
| 332. | | | | | Sold | 06/11/13 | J | | |
| 333.   - Blackrock Kelso Capital Corp | | | | | Sold (part) | 01/24/13 | J | A | |
| 334. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 335. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 336. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 337. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 338. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 339. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 340. | | | | | Buy (add'l) | 06/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 342. | | | | | Sold (part) | 07/29/13 | J | A | |
| 343. | | | | | Sold (part) | 07/30/13 | J | | |
| 344.  - Cardinal Health Inc | | | | | Buy (add'l) | 02/14/13 | J | | |
| 345. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 346. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 347. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 348. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 349. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 350. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 351. | | | | | Sold | 09/18/13 | J | B | |
| 352.  - Centrylink Inc | | | | | Buy (add'l) | 02/14/13 | J | | |
| 353. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 354. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 355. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 356. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 357. | | | | | Buy (add'l) | 06/26/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Buy<br>(add'l) | 09/18/13 | J | | |
| 359.  - Cisco Systems Inc | | | | | Buy<br>(add'l) | 03/05/13 | J | | |
| 360. | | | | | Buy<br>(add'l) | 03/19/13 | J | | |
| 361. | | | | | Buy<br>(add'l) | 05/08/13 | J | | |
| 362. | | | | | Sold<br>(part) | 08/09/13 | J | B | |
| 363.  - Cypress Semiconductor Corp | | | | | Sold<br>(part) | 01/03/13 | J | A | |
| 364. | | | | | Buy<br>(add'l) | 02/14/13 | J | | |
| 365. | | | | | Buy<br>(add'l) | 04/19/13 | K | | |
| 366. | | | | | Buy<br>(add'l) | 04/28/13 | J | | |
| 367. | | | | | Sold<br>(part) | 05/23/13 | J | B | |
| 368. | | | | | Buy<br>(add'l) | 06/10/13 | J | | |
| 369. | | | | | Buy<br>(add'l) | 06/26/13 | J | | |
| 370. | | | | | Sold<br>(part) | 08/08/13 | J | B | |
| 371. | | | | | Buy<br>(add'l) | 09/18/13 | J | | |
| 372. | | | | | Buy<br>(add'l) | 11/15/13 | J | | |
| 373.  - CYS Investments Inc | | | | | Buy<br>(add'l) | 02/14/13 | J | | |
| 374. | | | | | Buy<br>(add'l) | 02/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 376. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 377. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 378. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 379. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 380. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 381. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 382. | | | | | Sold (part) | 06/11/13 | J | | |
| 383. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 384. | | | | | Sold (part) | 07/05/13 | J | | |
| 385. | | | | | Sold | 12/31/13 | J | | |
| 386. - Dynex Cap Inc | | | | | Buy (add'l) | 02/14/13 | J | | |
| 387. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 388. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 389. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 390. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 391. | | | | | Buy (add'l) | 05/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 393. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 394. | | | | | Sold (part) | 08/20/13 | J | | |
| 395. | | | | | Sold | 12/30/13 | J | | |
| 396.  - Ford Motor Company | | | | | Buy (add'l) | 03/05/13 | J | | |
| 397. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 398. | | | | | Sold | 05/13/13 | J | B | |
| 399.  - General Electric Company | | | | | Buy (add'l) | 03/05/13 | J | | |
| 400. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 401. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 402. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 403. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 404. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 405. | | | | | Sold (part) | 07/19/13 | J | A | |
| 406. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 407. | | | | | Sold (part) | 09/20/13 | J | A | |
| 408. | | | | | Sold | 12/03/13 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Halliburton Comapny | | | | | Sold | 02/13/13 | J | B | |
| 410. - Intersil Corp | | | | | Buy (add'l) | 03/05/13 | J | | |
| 411. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 412. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 413. | | | | | Sold (part) | 07/31/13 | J | B | |
| 414. | | | | | Sold | 08/27/13 | J | B | |
| 415. - Johnson & Johnson | | | | | Buy (add'l) | 02/14/13 | J | | |
| 416. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 417. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 418. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 419. | | | | | Sold (part) | 04/01/13 | J | B | |
| 420. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 421. | | | | | Sold | 11/01/13 | J | B | |
| 422. - KLA-Tencor corp | | | | | Buy (add'l) | 03/05/13 | J | | |
| 423. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 424. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 425. | | | | | Buy (add'l) | 05/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 05/20/13 | K | B | |
| 427.  - Kohls Corp | | | | | Buy (add'l) | 02/14/13 | J | | |
| 428. | | | | | Sold (part) | 02/27/13 | J | | |
| 429. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 430. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 431. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 432. | | | | | Sold (part) | 04/12/13 | J | | |
| 433. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 434. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 435. | | | | | Sold (part) | 08/14/13 | J | | |
| 436. | | | | | Sold | 08/27/13 | J | A | |
| 437.  - Kroger Company Common | | | | | Sold | 04/01/13 | J | B | |
| 438.  - Marvell Technology Group LTD | | | | | Buy (add'l) | 03/19/13 | J | | |
| 439. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 440. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 441. | | | | | Sold (part) | 08/17/13 | J | C | |
| 442. | | | | | Buy (add'l) | 09/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 11/05/13 | J | B | |
| 444. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 445. - Microsoft Corp | | | | | Buy (add'l) | 02/14/13 | J | | |
| 446. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 447. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 448. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 449. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 450. | | | | | Sold (part) | 04/04/13 | J | A | |
| 451. | | | | | Sold (part) | 04/11/13 | J | A | |
| 452. | | | | | Sold (part) | 06/10/13 | J | C | |
| 453. | | | | | Buy (add'l) | 08/01/13 | K | | |
| 454. - New York Mortgage Trust Inc | | | | | Sold (part) | 01/31/13 | J | A | |
| 455. | | | | | Sold (part) | 02/01/13 | J | A | |
| 456. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 457. | | | | | Sold (part) | 04/29/13 | J | A | |
| 458. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 459. | | | | | Buy (add'l) | 05/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 461. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 462. | | | | | Sold (part) | 12/12/13 | J | A | |
| 463. | | | | | Sold | 12/16/13 | J | A | |
| 464.   - NewCastle Investment Corp | | | | | Sold (part) | 01/07/13 | J | A | |
| 465. | | | | | Sold | 01/24/13 | J | B | |
| 466.   - Northstar Realty Finance Corp | | | | | Sold | 01/24/13 | J | B | |
| 467.   - Proctor & Gamble | | | | | Buy (add'l) | 03/05/13 | J | | |
| 468. | | | | | Sold | 03/05/13 | J | | |
| 469.   - Proshares TR ET Ultrashort Russell 2000 | | | | | Buy (add'l) | 02/14/13 | J | | |
| 470. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 471. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 472. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 473. | | | | | Sold (part) | 04/04/13 | K | | |
| 474. | | | | | Buy (add'l) | 05/09/13 | K | | |
| 475. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 476. | | | | | Buy (add'l) | 06/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 06/21/13 | K | A | |
| 478. | | | | | Buy (add'l) | 07/05/13 | K | | |
| 479. | | | | | Sold (part) | 07/18/13 | K | | |
| 480. | | | | | Buy (add'l) | 08/01/13 | K | | |
| 481. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 482. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 483. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 484. | | | | | Sold (part) | 08/20/13 | K | | |
| 485. | | | | | Sold (part) | 08/29/13 | J | | |
| 486. | | | | | Sold (part) | 09/16/13 | J | | |
| 487. | | | | | Sold (part) | 09/18/13 | J | | |
| 488. | | | | | Buy (add'l) | 09/27/13 | K | | |
| 489. | | | | | Sold (part) | 10/09/13 | K | A | |
| 490. | | | | | Buy (add'l) | 11/20/13 | K | | |
| 491. | | | | | Sold | 12/30/13 | L | | |
| 492. - Proshares Trust ET Ultrashort S&P 500 | | | | | Buy (add'l) | 01/03/13 | K | | |
| 493. | | | | | Buy (add'l) | 02/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 495. | | | | | Sold (part) | 02/27/13 | K | | |
| 496. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 497. | | | | | Buy (add'l) | 03/19/13 | K | | |
| 498. | | | | | Buy (add'l) | 04/05/13 | K | | |
| 499. | | | | | Sold (part) | 04/09/13 | K | | |
| 500. | | | | | Buy (add'l) | 04/10/13 | K | | |
| 501. | | | | | Buy (add'l) | 04/11/13 | K | | |
| 502. | | | | | Buy (add'l) | 04/12/13 | K | | |
| 503. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 504. | | | | | Sold (part) | 04/19/13 | L | | |
| 505. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 506. | | | | | Buy (add'l) | 05/08/13 | K | | |
| 507. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 508. | | | | | Sold (part) | 05/30/13 | L | | |
| 509. | | | | | Buy (add'l) | 06/10/13 | K | | |
| 510. | | | | | Sold (part) | 06/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 06/13/13 | K | | |
| 512. | | | | | Buy (add'l) | 06/19/13 | K | | |
| 513. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 514. | | | | | Buy (add'l) | 06/24/13 | K | | |
| 515. | | | | | Sold (part) | 06/25/13 | L | | |
| 516. | | | | | Buy (add'l) | 06/26/13 | K | | |
| 517. | | | | | Sold (part) | 07/01/13 | K | | |
| 518. | | | | | Buy (add'l) | 07/03/13 | K | | |
| 519. | | | | | Buy (add'l) | 07/12/13 | K | | |
| 520. | | | | | Buy (add'l) | 07/24/13 | K | | |
| 521. | | | | | Sold (part) | 08/12/13 | K | | |
| 522. | | | | | Sold (part) | 08/20/13 | K | | |
| 523. | | | | | Buy (add'l) | 08/27/13 | K | | |
| 524. | | | | | Sold (part) | 08/30/13 | K | | |
| 525. | | | | | Sold (part) | 09/04/13 | K | | |
| 526. | | | | | Buy (add'l) | 09/06/13 | K | | |
| 527. | | | | | Sold (part) | 09/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 09/20/13 | K | | |
| 529. | | | | | Sold (part) | 10/10/13 | K | | |
| 530. | | | | | Sold (part) | 11/14/13 | L | | |
| 531. | | | | | Sold | 11/21/13 | L | | |
| 532.   - Proshares Short S&P 500 | | | | | Buy | 10/14/13 | L | | |
| 533. | | | | | Buy (add'l) | 10/30/13 | L | | |
| 534. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 535. | | | | | Sold | 12/30/13 | M | | |
| 536.   - Prospect Capital Corp | | | | | Buy (add'l) | 02/14/13 | J | | |
| 537. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 538. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 539. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 540. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 541. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 542. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 543. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 544. | | | | | Buy (add'l) | 06/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 546. | | | | | Sold (part) | 11/20/13 | J | A | |
| 547. - Regal Entertainment Group | | | | | Buy (add'l) | 02/14/13 | J | | |
| 548. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 549. | | | | | Sold | 04/01/13 | J | A | |
| 550. - Select Sector Spdr TR Utilities Select Sector | | | | | Buy (add'l) | 03/19/13 | J | | |
| 551. | | | | | Sold (part) | 04/01/13 | J | A | |
| 552. | | | | | Buy (add'l) | 06/13/13 | K | | |
| 553. | | | | | Sold (part) | 06/20/13 | K | | |
| 554. | | | | | Sold | 06/24/13 | J | | |
| 555. - St Jude Medical Inc | | | | | Sold | 01/24/13 | J | B | |
| 556. - Telefonica Brasil SA Sponsored ADR | | | | | Buy (add'l) | 03/19/13 | J | | |
| 557. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 558. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 559. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 560. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 561. | | | | | Sold (part) | 08/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 12/30/13 | J | | |
| 563.  - Telefonica SA Spon ADR | | | | | Sold (part) | 03/18/13 | J | A | |
| 564. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 565. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 566. | | | | | Sold (part) | 10/24/13 | J | B | |
| 567.  - TICC Capital Corp | | | | | Buy (add'l) | 02/14/13 | J | | |
| 568. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 569. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 570. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 571. | | | | | Sold | 11/27/13 | J | A | |
| 572.  - Total SA Spons ADR | | | | | Buy (add'l) | 03/05/13 | J | | |
| 573. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 574. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 575. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 576. | | | | | Sold | 05/01/13 | K | A | |
| 577.  - Two Harbors Invt Corp | | | | | Buy (add'l) | 04/10/13 | J | | |
| 578. | | | | | Buy (add'l) | 04/18/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 580. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 581. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 582. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 583. | | | | | Buy (add'l) | 09/11/13 | K | | |
| 584. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 585. | | | | | Sold | 12/30/13 | L | | |
| 586. - Walgreen Company | | | | | Buy (add'l) | 03/12/13 | J | | |
| 587. | | | | | Sold | 04/01/13 | J | B | |
| 588. - Waste Management Inc Del | | | | | Sold (part) | 01/24/13 | J | A | |
| 589. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 590. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 591. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 592. | | | | | Buy (add'l) | 3/19/13 | J | | |
| 593. | | | | | Sold (part) | 04/02/13 | J | B | |
| 594. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 595. | | | | | Buy (add'l) | 06/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 06/13/13 | J | A | |
| 597.  - Whitestone Reit | | | | | Sold (part) | 01/23/13 | J | A | |
| 598. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 599. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 600. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 601.  - Gladstone Investment Corp | | | | | Buy (add'l) | 02/14/13 | J | | |
| 602. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 603. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 604. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 605. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 606. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 607. | | | | | Sold | 07/17/13 | K | A | |
| 608.  - Alerian MLP | | | | | Buy | 09/18/13 | K | | |
| 609.  - American Capital Mortgage Investment Corp | | | | | Buy | 02/12/13 | J | | |
| 610. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 611. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 612. | | | | | Buy (add'l) | 03/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 614. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 615. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 616. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 617. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 618. | | | | | Sold (part) | 08/12/13 | J | | |
| 619. - American Realty Capital Properties Inc | | | | | Buy | 09/25/13 | J | | |
| 620. - AT&T Inc | | | | | Buy | 01/17/13 | J | | |
| 621. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 622. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 623. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 624. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 625. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 626. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 627. - BCE Inc | | | | | Buy | 07/11/13 | J | | |
| 628. - Conagra Foods Inc | | | | | Buy | 08/30/13 | J | | |
| 629. | | | | | Buy (add'l) | 09/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Sold (part) | 12/19/13 | J | | |
| 631. - Deere & Co | | | | | Buy | 05/15/13 | J | | |
| 632. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 633. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 634. - Einstein Noah Restaurant Group | | | | | Buy | 11/13/13 | J | | |
| 635. - Enduro Royalty Trust | | | | | Buy | 09/27/13 | J | | |
| 636. - Energy Select Sector SPDR | | | | | Buy | 12/06/13 | K | | |
| 637. - Ericsson Tel-SP ADR New | | | | | Buy | 12/24/13 | J | | |
| 638. - Fifth Street Finance Corp | | | | | Buy | 11/27/13 | J | | |
| 639. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 640. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 641. - Franklin Street Properties Corp REIT FSP | | | | | Buy | 05/14/13 | J | | |
| 642. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 643. - HCP Inc | | | | | Buy | 12/20/13 | J | | |
| 644. - Hospitality Properties REIT Trust | | | | | Buy | 03/19/13 | J | | |
| 645. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 646. | | | | | Buy (add'l) | 06/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 648. | | | | | Sold (part) | 08/16/13 | J | A | |
| 649.  - Independence Realty TR Inc | | | | | Buy | 08/20/13 | J | | |
| 650.  - Intel Corp | | | | | Buy | 01/28/13 | J | | |
| 651. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 652. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 653. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 654. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 655. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 656. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 657. | | | | | Buy (add'l) | 08/01/13 | K | | |
| 658. | | | | | Sold (part) | 09/19/13 | J | A | |
| 659. | | | | | Sold (part) | 12/24/13 | K | B | |
| 660.  - iShares Mortgage Real Estate | | | | | Buy | 11/14/13 | K | | |
| 661.  - Kellogg Company | | | | | Buy | 12/23/13 | J | | |
| 662.  - Maxim Integrated Prods Inc | | | | | Buy | 12/20/13 | J | | |
| 663.  - Medley Capital Corp | | | | | Buy | 05/14/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 665. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 666. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 667. | | | | | Sold (part) | 12/27/13 | K | | |
| 668. - Newmont Mining Corp New | | | | | Buy | 03/28/13 | J | | |
| 669. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 670. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 671. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 672. | | | | | Sold (part) | 06/20/13 | J | | |
| 673. | | | | | Sold (part) | 06/21/13 | J | | |
| 674. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 675. - Pengrowth Energy Corp | | | | | Buy | 03/08/13 | J | | |
| 676. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 677. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 678. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 679. - Pennantpark Investment Corp | | | | | Buy | 05/14/13 | J | | |
| 680. | | | | | Buy (add'l) | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 682. - Pfizer Incorporated | | | | | Buy | 06/24/13 | J | | |
| 683. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 684. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 685. | | | | | Sold (part) | 10/24/13 | K | B | |
| 686. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 687. - Proshares TR Ultrashort Non-Traditional ETP | | | | | Buy | 11/05/13 | K | | |
| 688. | | | | | Buy (add'l) | 11/15/13 | K | | |
| 689. - Proshares TR Ultrashort 20+ Year Treasury | | | | | Buy | 05/28/13 | K | | |
| 690. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 691. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 692. | | | | | Sold (part) | 07/08/13 | J | B | |
| 693. | | | | | Sold (part) | 09/18/13 | J | B | |
| 694. | | | | | Buy (add'l) | 12/06/13 | K | | |
| 695. - Royal Dutch Shell PLC ADR | | | | | Buy | 04/09/13 | J | | |
| 696. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 697. | | | | | Buy (add'l) | 06/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 699. | | | | | Sold (part) | 10/24/13 | J | A | |
| 700.  - Safeway Inc New | | | | | Buy | 04/29/13 | J | | |
| 701. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 702. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 703. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 704. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 705. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 706. | | | | | Sold (part) | 09/11/13 | J | A | |
| 707. | | | | | Sold (part) | 09/20/13 | J | C | |
| 708. | | | | | Sold (part) | 09/30/13 | J | B | |
| 709.  - SPDR S&P International ET Dividend | | | | | Buy | 02/27/13 | J | | |
| 710. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 711. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 712. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 713. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 714. | | | | | Buy (add'l) | 06/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 716. - TICC Capital Corp | | | | | Buy | 02/14/13 | J | | |
| 717. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 718. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 719. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 720. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 721. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 722. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 723. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 724. - Transocean LTD Ordinary Shares | | | | | Buy | 03/05/13 | J | | |
| 725. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 726. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 727. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 728. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 729. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 730. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 731. | | | | | Sold (part) | 09/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  - Vodafone Group PLC Sponsored ADR New | | | | | Buy | 06/18/13 | J | | |
| 733. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 734.  - Abbott Laboratories | | | | | Buy | 08/29/13 | J | | |
| 735. | | | | | Sold | 09/19/13 | J | A | |
| 736.  - AGL Resources Inc | | | | | Buy | 02/27/13 | J | | |
| 737. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 738. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 739. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 740. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 741. | | | | | Sold | 04/15/13 | J | A | |
| 742.  - American Eagle Outfitters | | | | | Buy | 06/17/13 | J | | |
| 743. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 744. | | | | | Sold | 09/03/13 | J | | |
| 745.  - California WTR Svc | | | | | Buy | 03/21/13 | J | | |
| 746. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 747. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 748. | | | | | Sold | 08/09/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Deutsche Telekom AG | | | | | Buy | 06/19/13 | J | | |
| 750. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 751. | | | | | Sold | 12/30/13 | K | D | |
| 752. - Eli Lilly & Co | | | | | Buy | 06/18/13 | J | | |
| 753. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 754. | | | | | Sold | 08/13/13 | K | B | |
| 755. - Exxon Mobil Corp | | | | | Buy | 08/01/13 | K | | |
| 756. | | | | | Sold (part) | 08/19/13 | J | | |
| 757. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 758. | | | | | Sold | 11/26/13 | K | B | |
| 759. - Hewlett-Packard Company | | | | | Buy | 08/22/13 | J | | |
| 760. | | | | | Sold | 12/05/13 | K | C | |
| 761. - iShares MSCI Brazil ET | | | | | Buy | 07/11/13 | J | | |
| 762. | | | | | Sold | 09/19/13 | K | B | |
| 763. - Powershares TR Series I | | | | | Buy | 02/27/13 | K | | |
| 764. | | | | | Sold | 02/27/13 | K | A | |
| 765. - Proshares Short Russell 2000 Non-Traditional ETF | | | | | Buy | 09/20/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold | 12/20/13 | L | | |
| 767.  - Proshares Short S&P 500 Non-Traditional ETF | | | | | Buy | 10/14/13 | L | | |
| 768. | | | | | Buy (add'l) | 10/30/13 | L | | |
| 769. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 770. | | | | | Sold | 12/30/13 | M | | |
| 771.  - Proshares Trust ETF Ultrapro Short S&P 500 | | | | | Buy | 09/20/13 | K | | |
| 772. | | | | | Sold | 09/23/13 | K | A | |
| 773.  - SPDR S&P Dividend ET | | | | | Buy | 05/15/13 | K | | |
| 774. | | | | | Sold (part) | 05/23/13 | K | | |
| 775. | | | | | Buy (add'l) | 05/26/13 | K | | |
| 776. | | | | | Buy (add'l) | 06/03/13 | K | | |
| 777. | | | | | Buy (add'l) | 06/06/13 | K | | |
| 778. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 779. | | | | | Sold (part) | 06/20/13 | K | | |
| 780. | | | | | Sold | 06/24/13 | K | | |
| 781.  - Teva Pharmaceutical ADR Inds Ltd | | | | | Buy | 02/27/13 | J | | |
| 782. | | | | | Buy (add'l) | 03/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 784. | | | | | Sold (part) | 03/22/13 | J | A | |
| 785. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 786. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 787. | | | | | Sold (part) | 06/14/13 | J | | |
| 788. | | | | | Sold | 06/20/13 | J | | |
| 789. Trust #17 | D | Int./Div. | M | T | | | | | |
| 790.  - Abbott Laboratories | | | | | Buy | 08/29/13 | J | | |
| 791. | | | | | Sold | 09/19/13 | J | A | |
| 792.  - AGL Resources Inc | | | | | Buy | 02/27/13 | J | | |
| 793. | | | | | Sold | 04/16/13 | J | A | |
| 794.  - Alerian MLP | | | | | Buy | 09/18/13 | J | | |
| 795.  - American Capital Mortgage Investment Corp | | | | | Buy | 02/13/13 | J | | |
| 796.  - American Realty Capital Properrties Inc | | | | | Buy | 09/25/13 | J | | |
| 797.  - American Eagle Outfitters Inc New | | | | | Buy | 06/17/13 | J | | |
| 798. | | | | | Sold | 09/03/13 | J | | |
| 799.  - Anworth Mortgage Asset Corp | | | | | Buy | 02/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 07/05/13 | J | | |
| 801.  - Apollo Investment Corp | | | | | Buy | 02/13/13 | J | | |
| 802.  - Arlington Asset Investment Corp | | | | | Buy | 02/13/13 | J | | |
| 803. | | | | | Sold | 12/13/13 | J | A | |
| 804.  - Armour Residential REIT Inc | | | | | Buy | 02/12/13 | J | | |
| 805. | | | | | Sold | 06/11/13 | J | | |
| 806.  - AT&T Inc | | | | | Buy | 02/13/13 | J | | |
| 807. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 808.  - BCE Inc | | | | | Buy | 07/11/13 | J | | |
| 809.  - Blackrock Kelso Capital Corp | | | | | Buy | 02/13/13 | J | | |
| 810.  - California WTR Svc | | | | | Buy | 03/21/13 | J | | |
| 811. | | | | | Sold | 08/13/13 | J | A | |
| 812.  - Cardinal Health Inc | | | | | Buy | 02/13/13 | J | | |
| 813. | | | | | Sold (part) | 04/11/13 | J | | |
| 814. | | | | | Sold (part) | 08/19/13 | J | | |
| 815. | | | | | Sold (part) | 09/18/13 | J | A | |
| 816. | | | | | Sold | 12/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Centurylink Inc | | | | | Buy | 02/13/13 | J | | |
| 818. | | | | | Sold (part) | 04/11/13 | J | | |
| 819. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 820. | | | | | Sold | 12/30/13 | J | | |
| 821. - Cisco Systems Inc | | | | | Buy | 02/13/13 | J | | |
| 822. - Conagra Foods Inc | | | | | Buy | 08/29/13 | J | | |
| 823. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 824. | | | | | Sold (part) | 12/19/13 | J | | |
| 825. - Cypress Semiconductor | | | | | Buy | 04/19/13 | J | | |
| 826. | | | | | Sold (part) | 05/23/13 | J | A | |
| 827. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 828. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 829. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 830. | | | | | Sold | 12/30/13 | J | | |
| 831. - Deere & Co | | | | | Buy | 05/15/13 | J | | |
| 832. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 833. - Deutsche Telekom AG Spon ADR | | | | | Buy | 06/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 835. | | | | | Sold | 12/27/13 | J | A | |
| 836.  - Dynex Cap Inc | | | | | Buy | 02/13/13 | J | | |
| 837.  - Einstein Noah Restaurant Group | | | | | Buy | 11/14/13 | J | | |
| 838.  - Eli Lillys Co | | | | | Buy | 06/18/13 | J | | |
| 839. | | | | | Sold | 08/13/13 | J | A | |
| 840.  - Enduro Royalty Trust | | | | | Buy | 09/27/13 | J | | |
| 841.  - Energy Select Sector SPDR | | | | | Buy | 12/06/13 | J | | |
| 842.  - Ericsson Tel-SP ADR | | | | | Buy | 12/24/13 | J | | |
| 843.  - Exxon Mobil Corp | | | | | Buy | 08/01/13 | J | | |
| 844. | | | | | Sold (part) | 08/19/13 | J | | |
| 845. | | | | | Buy | 10/09/13 | J | | |
| 846. | | | | | Sold | 11/26/13 | J | A | |
| 847.  - Fifth Street Finance Corp | | | | | Buy | 11/27/13 | J | | |
| 848. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 849. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 850.  - Ford Motor Company | | | | | Buy | 02/13/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 05/13/13 | J | A | |
| 852. - Franklin Street Properties Corp REIT | | | | | Buy | 05/14/13 | J | | |
| 853. - General Electric Company | | | | | Buy | 02/13/13 | J | | |
| 854. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 855. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 856. | | | | | Sold (part) | 12/03/13 | J | A | |
| 857. - Gladstone Investment Corp | | | | | Buy | 02/13/13 | J | | |
| 858. | | | | | Sold | 10/22/13 | J | | |
| 859. - Halliburton Company | | | | | Buy | 02/13/13 | J | | |
| 860. | | | | | Sold | 02/13/13 | J | | |
| 861. - Harris Assoc Invt TR Oakmark Equity & Income FD | | | | | Buy | 02/07/13 | L | | |
| 862. | | | | | Sold | 02/11/13 | L | D | |
| 863. - HCP Inc | | | | | Buy | 12/20/13 | J | | |
| 864. - Hewlett-Packard Company | | | | | Buy | 08/22/13 | J | | |
| 865. | | | | | Sold | 12/05/13 | J | A | |
| 866. - Hospitality Properties REIT Trust | | | | | Buy | 03/19/13 | J | | |
| 867. - Independence Realty TR Inc | | | | | Buy | 08/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - Intel Corp | | | | | Buy | 02/13/13 | J | | |
| 869. | | | | | Sold (part) | 06/14/13 | J | A | |
| 870. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 871. | | | | | Sold (part) | 09/19/13 | J | A | |
| 872. | | | | | Sold (part) | 12/24/13 | J | A | |
| 873. - Intersil Corp CL A | | | | | Buy | 02/13/13 | J | | |
| 874. | | | | | Sold (part) | 07/31/13 | J | A | |
| 875. | | | | | Sold | 08/27/13 | J | A | |
| 876. -iShares Mortgage Real Estate | | | | | Buy | 11/14/13 | J | | |
| 877. - iShares MSCI Brazil ET | | | | | Buy | 07/11/13 | J | | |
| 878. | | | | | Sold | 09/19/13 | J | A | |
| 879. - Johnson & Johnson | | | | | Buy | 02/13/13 | J | | |
| 880. | | | | | Sold (part) | 04/01/13 | J | A | |
| 881. | | | | | Sold | 11/01/13 | J | A | |
| 882. - JP Morgan Chase Co | | | | | Buy | 02/13/13 | J | | |
| 883. | | | | | Sold | 03/13/13 | J | A | |
| 884. - Kellogg Company | | | | | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. - KLA-Tencor Corp | | | | | Buy | 03/27/13 | J | | |
| 886. | | | | | Sold (part) | 05/20/13 | J | A | |
| 887. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 888. -Kohls Corp | | | | | Buy | 02/13/13 | J | | |
| 889. | | | | | Sold (part) | 02/27/13 | J | | |
| 890. | | | | | Sold | 08/27/13 | J | A | |
| 891. -Kroger Company Common | | | | | Buy | 02/13/13 | J | | |
| 892. | | | | | Sold | 04/01/13 | J | A | |
| 893. - Marvell Technology Group LTD | | | | | Buy | 02/13/13 | J | | |
| 894. | | | | | Sold (part) | 08/14/13 | J | A | |
| 895. - Maxim Integrated Prods Inc | | | | | Buy | 12/20/13 | J | | |
| 896. - Medley Capital Corp | | | | | Buy | 09/04/13 | J | | |
| 897. -Merck Co Inc New | | | | | Buy | 02/13/13 | J | | |
| 898. | | | | | Sold (part) | 04/11/13 | J | A | |
| 899. | | | | | Sold | 05/03/13 | J | A | |
| 900. - Microsoft Corp | | | | | Buy | 02/13/13 | J | | |
| 901. | | | | | Buy (add'l) | 02/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 04/04/13 | J | | |
| 903. | | | | | Sold (part) | 06/10/13 | J | | |
| 904. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 905. - New York Mortgage Trust | | | | | Buy | 02/13/13 | J | | |
| 906. | | | | | Sold | 12/16/13 | J | A | |
| 907. - Newmont Mining Corp New | | | | | Buy | 03/28/13 | J | | |
| 908. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 909. - Oppenheimer Limited Term Municipal FD CL C | | | | | Buy | 02/07/13 | L | | |
| 910. | | | | | Sold | 02/11/13 | L | B | |
| 911. - Pengrowth Energy Corp | | | | | Buy | 03/08/13 | J | | |
| 912. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 913. - Pennantpark Investment Corp | | | | | Buy | 05/14/13 | J | | |
| 914. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 915. - Pfizer Incorporated | | | | | Buy | 06/24/13 | J | | |
| 916. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 917. | | | | | Sold (part) | 10/24/13 | J | A | |
| 918. | | | | | Buy (add'l) | 12/26/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Powershares QQQ Series I | | | | | Buy | 02/27/13 | J | | |
| 920. | | | | | Sold | 02/27/13 | J | A | |
| 921. - Procter Gamble Co | | | | | Buy | 02/13/13 | J | | |
| 922. | | | | | Sold | 03/05/13 | J | A | |
| 923. - Proshares Short Russell 2000 Proshares Non-Traditional | | | | | Buy | 09/20/13 | J | | |
| 924. | | | | | Sold | 12/20/13 | J | | |
| 925. - Proshares Short S&P 500 | | | | | Buy | 10/14/13 | J | | |
| 926. | | | | | Buy (add'l) | 10/30/13 | J | | |
| 927. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 928. - Proshares TR ETF Ultrashort Russell 2000 Non-Traditional | | | | | Buy | 02/13/13 | J | | |
| 929. | | | | | Sold (part) | 04/04/13 | J | | |
| 930. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 931. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 932. | | | | | Sold (part) | 06/21/13 | J | A | |
| 933. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 934. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 935. | | | | | Sold (part) | 07/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 937. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 938. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 939. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 940. | | | | | Sold (part) | 08/20/13 | J | | |
| 941. | | | | | Sold (part) | 08/29/13 | J | | |
| 942. | | | | | Sold (part) | 09/16/13 | J | | |
| 943. | | | | | Sold (part) | 09/18/13 | J | | |
| 944. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 945. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 946. | | | | | Sold (part) | 10/09/13 | J | | |
| 947. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 948. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 949. - Proshares TR QQQ ETF Ultrashort Non-Traditional | | | | | Buy | 11/05/13 | J | | |
| 950. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 951. | | | | | Sold | 12/30/13 | J | | |
| 952. - Proshares Trust ET Ultrashort S&P 500 New | | | | | Buy | 02/13/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Sold (part) | 02/27/13 | J | | |
| 954. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 955. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 956. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 957. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 958. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 959. | | | | | Sold (part) | 04/09/13 | J | | |
| 960. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 961. | | | | | Buy (add'l) | 04/12/13 | J | | |
| 962. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 963. | | | | | Sold (part) | 04/19/13 | J | | |
| 964. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 965. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 966. | | | | | Sold (part) | 05/30/13 | J | | |
| 967. | | | | | Sold (part) | 06/12/13 | J | | |
| 968. | | | | | Sold (part) | 06/13/13 | J | | |
| 969. | | | | | Buy (add'l) | 06/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 971. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 972. | | | | | Sold (part) | 06/25/13 | J | | |
| 973. | | | | | Sold (part) | 07/01/13 | J | | |
| 974. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 975. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 976. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 977. | | | | | Sold (part) | 08/12/13 | J | | |
| 978. | | | | | Sold (part) | 08/20/13 | J | | |
| 979. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 980. | | | | | Sold (part) | 08/29/13 | J | | |
| 981. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 982. | | | | | Sold (part) | 09/04/13 | J | | |
| 983. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 984. | | | | | Sold (part) | 09/18/13 | J | | |
| 985. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 986. | | | | | Sold (part) | 10/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold (part) | 11/14/13 | J | | |
| 988. | | | | | Sold | 11/21/13 | J | | |
| 989.  - Proshares Trust ETF Ultrapro Short S&P 500 New | | | | | Buy | 09/20/13 | J | | |
| 990. | | | | | Sold | 09/23/13 | J | A | |
| 991.  - Proshares Trust Ultrashort 20+ Year Treasury | | | | | Buy | 05/28/13 | J | | |
| 992. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 993. | | | | | Sold (part) | 07/08/13 | J | A | |
| 994. | | | | | Sold (part) | 09/18/13 | J | A | |
| 995. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 996.  - Prospect Capital Corp | | | | | Buy | 02/12/13 | J | | |
| 997. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 998.  - Regal Entertainment Grp | | | | | Buy | 02/13/13 | J | | |
| 999. | | | | | Sold | 04/01/13 | J | A | |
| 1000. - Royal Dutch Shell PLC ADR | | | | | Buy | 04/09/13 | J | | |
| 1001. | | | | | Sold (part) | 10/24/13 | J | A | |
| 1002. - Safeway Inc New | | | | | Buy | 04/29/13 | J | | |
| 1003. | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 1005. | | | | | Sold (part) | 09/20/13 | J | A | |
| 1006. | | | | | Sold (part) | 09/30/13 | J | A | |
| 1007. - Select Sector SPDR TR Utilities | | | | | Buy | 02/13/13 | J | | |
| 1008. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1009. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 1010. | | | | | Sold (part) | 06/20/13 | J | | |
| 1011. | | | | | Sold | 06/24/13 | J | | |
| 1012. - SPDR S&P Dividend | | | | | Buy | 05/15/13 | J | | |
| 1013. | | | | | Sold (part) | 05/23/13 | J | | |
| 1014. | | | | | Buy (add'l) | 05/26/13 | J | | |
| 1015. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 1016. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 1017. | | | | | Sold (part) | 06/20/13 | J | | |
| 1018. | | | | | Sold | 06/24/13 | J | | |
| 1019. - SPDR S&P International EF Dividend | | | | | Buy | 02/27/13 | J | | |
| 1020. - Telefonica Brasil SA Sponsored ADR | | | | | Buy | 02/13/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - Telefonica S A Spon ADR | | | | | Buy | 02/13/13 | J | | |
| 1022. | | | | | Sold (part) | 03/18/13 | J | A | |
| 1023. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 1024. - Teva Pharmaceutical ADR Inds LTD | | | | | Buy | 02/27/13 | J | | |
| 1025. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1026. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 1027. | | | | | Sold (part) | 06/14/13 | J | | |
| 1028. | | | | | Sold | 06/20/13 | J | | |
| 1029. - TICC Capital Corp | | | | | Buy | 02/13/13 | J | | |
| 1030. | | | | | Sold (part) | 12/09/13 | J | A | |
| 1031. - Total S A Spons ADR | | | | | Buy | 02/13/13 | J | | |
| 1032. | | | | | Sold | 05/01/13 | J | | |
| 1033. - Transocean LTD Ordinary Shares | | | | | Buy | 03/05/13 | J | | |
| 1034. - Two Harbors Invt Corp | | | | | Buy | 02/13/13 | J | | |
| 1035. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 1036. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 1037. | | | | | Buy (add'l) | 09/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold (part) | 12/30/13 | J | | |
| 1039. - Vodafone Group PLC Sponsored ADR | | | | | Buy | 06/18/13 | J | | |
| 1040. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 1041. - Walgreen Company | | | | | Buy | 02/13/13 | J | | |
| 1042. | | | | | Sold | 04/01/13 | J | A | |
| 1043. - Waste Management Inc Del | | | | | Buy | 02/13/13 | J | | |
| 1044. | | | | | Sold | 06/13/13 | J | A | |
| 1045. - Wells Fargo Company | | | | | Buy | 02/13/13 | J | | |
| 1046. | | | | | Sold (part) | 04/17/13 | J | A | |
| 1047. | | | | | Sold | 05/03/13 | J | A | |
| 1048. - Whitestone REIT | | | | | Buy | 02/13/13 | J | | |
| 1049. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 1050. IRA #5 | D | Int./Div. | N | T | | | | | |
| 1051. - Abbott Laboratories | | | | | Buy | 08/30/13 | J | | |
| 1052. | | | | | Sold | 09/19/13 | J | A | |
| 1053. -AGL Resources | | | | | Buy | 02/27/13 | J | | |
| 1054. | | | | | Sold | 02/27/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - Alerian MFP | | | | | Buy | 09/18/13 | J | | |
| 1056. - American Capital Mortgage Investment Corp | | | | | Buy | 02/13/13 | J | | |
| 1057. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1058. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 1059. | | | | | Sold (part) | 08/13/13 | J | | |
| 1060. - American Eagle Outfitters | | | | | Buy | 06/17/13 | J | | |
| 1061. | | | | | Sold | 09/03/13 | J | | |
| 1062. - American Realty Capital Properties Inc | | | | | Buy | 09/24/13 | J | | |
| 1063. - Anworth Mortgage Asset Corp | | | | | Buy | 01/28/13 | J | | |
| 1064. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1065. | | | | | Sold (part) | 07/05/13 | J | | |
| 1066. | | | | | Sold (part) | 12/20/13 | J | | |
| 1067. | | | | | Sold | 12/23/13 | J | | |
| 1068. - Apollo Investment Corp | | | | | Buy | 01/28/13 | J | | |
| 1069. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1070. - Arlington Asset Investment Corp | | | | | Buy | 01/28/13 | J | | |
| 1071. | | | | | Sold | 12/13/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. - Armour Residential REIT Inc | | | | | Buy | 01/28/13 | J | | |
| 1073. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1074. | | | | | Sold (part) | 05/14/13 | J | | |
| 1075. | | | | | Sold (part) | 05/24/13 | J | | |
| 1076. | | | | | Sold (part) | 05/29/13 | J | | |
| 1077. | | | | | Sold | 06/11/13 | J | | |
| 1078. - AT&T Inc | | | | | Buy | 01/28/13 | J | | |
| 1079. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 1080. - BCE Inc | | | | | Buy | 07/11/13 | J | | |
| 1081. - Blackrock Kelso Capital Corp | | | | | Buy | 01/28/13 | J | | |
| 1082. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1083. | | | | | Sold (part) | 07/29/13 | J | | |
| 1084. - California WTR Svc | | | | | Buy | 03/21/13 | J | | |
| 1085. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1086. | | | | | Sold | 08/02/13 | J | A | |
| 1087. - Cardinal Health Inc | | | | | Buy | 01/28/13 | J | | |
| 1088. | | | | | Buy (add'l) | 05/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold (part) | 08/01/13 | J | A | |
| 1090. | | | | | Sold | 09/18/13 | J | A | |
| 1091. - Centurylink Inc | | | | | Buy | 01/28/13 | J | | |
| 1092. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 1093. | | | | | Sold (part) | 03/05/13 | J | | |
| 1094. | | | | | Sold (part) | 04/11/13 | J | | |
| 1095. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1096. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 1097. | | | | | Sold (part) | 08/19/13 | J | | |
| 1098. - Cisco Systems Inc | | | | | Buy | 01/28/13 | J | | |
| 1099. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1100. | | | | | Sold (part) | 08/09/13 | J | A | |
| 1101. - Conagra Foods | | | | | Buy | 08/29/13 | J | | |
| 1102. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 1103. | | | | | Sold (part) | 12/19/13 | J | | |
| 1104. - Cypress Semiconductor Corp | | | | | Buy | 01/28/13 | J | | |
| 1105. | | | | | Buy (add'l) | 04/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1107. | | | | | Sold (part) | 05/23/13 | J | A | |
| 1108. | | | | | Sold (part) | 08/08/13 | J | A | |
| 1109. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 1110. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 1111. - CYS Investments Inc | | | | | Buy | 01/28/13 | J | | |
| 1112. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 1113. | | | | | Sold (part) | 03/05/13 | J | | |
| 1114. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 1115. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1116. | | | | | Sold (part) | 06/11/13 | J | | |
| 1117. | | | | | Sold (part) | 07/05/13 | J | | |
| 1118. - Deere & Co | | | | | Buy | 02/27/13 | J | | |
| 1119. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 1120. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 1121. - Deutsche Telekom AG Spon Adr | | | | | Buy | 06/19/13 | J | | |
| 1122. | | | | | Buy (add'l) | 06/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Sold | 12/27/13 | J | B | |
| 1124. - Dynex Cap Inc | | | | | Buy | 01/28/13 | J | | |
| 1125. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1126. | | | | | Sold (part) | 08/21/13 | J | | |
| 1127. - Eli Lilly & Co | | | | | Buy | 06/18/13 | J | | |
| 1128. | | | | | Sold | 08/13/13 | J | A | |
| 1129. - Ford Motor Company | | | | | Buy | 01/28/13 | J | | |
| 1130. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1131. | | | | | Sold | 05/13/13 | J | A | |
| 1132. - Einstein Noah Restaurant Group | | | | | Buy | 11/14/13 | J | | |
| 1133. - Enduro Royalty Trust | | | | | Buy | 09/27/13 | J | | |
| 1134. - Energy Select Sector SPDR | | | | | Buy | 12/06/13 | J | | |
| 1135. - Ericsson Tel-SP ADR | | | | | Buy | 12/24/13 | J | | |
| 1136. - Exxon Mobil Corp | | | | | Buy | 08/01/13 | J | | |
| 1137. | | | | | Sold | 08/19/13 | J | | |
| 1138. | | | | | Buy | 10/10/13 | J | | |
| 1139. | | | | | Sold | 11/26/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. - Fifth Street Finance Corp | | | | | Buy | 11/27/13 | J | | |
| 1141. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 1142. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 1143. - Franlkin Street Properties Corp | | | | | Buy | 05/14/13 | J | | |
| 1144. - General Electric Company | | | | | Buy | 01/28/13 | J | | |
| 1145. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 1146. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1147. | | | | | Sold (part) | 07/19/13 | J | A | |
| 1148. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 1149. | | | | | Sold (part) | 09/20/13 | J | A | |
| 1150. | | | | | Sold (part) | 12/03/13 | J | A | |
| 1151. - Halliburton Company | | | | | Buy | 01/28/13 | J | | |
| 1152. | | | | | Sold | 02/13/13 | J | A | |
| 1153. - Hewlett-Packard Company | | | | | Buy | 08/22/13 | J | | |
| 1154. | | | | | Sold | 12/05/13 | J | A | |
| 1155. - HCP Inc | | | | | Buy | 12/20/13 | J | | |
| 1156. - Hospitality Properties REIT Trust | | | | | Buy | 03/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 1158. | | | | | Sold (part) | 08/16/13 | J | A | |
| 1159. - Independence Realty TR Inc | | | | | Buy | 08/15/13 | J | | |
| 1160. - Intel Corp | | | | | Buy | 01/28/13 | J | | |
| 1161. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1162. | | | | | Sold (part) | 06/14/13 | J | A | |
| 1163. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 1164. | | | | | Sold (part) | 09/19/13 | J | A | |
| 1165. | | | | | Sold (part) | 12/24/13 | J | A | |
| 1166. - Intersil Corp LC A | | | | | Buy | 01/28/13 | J | | |
| 1167. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1168. | | | | | Sold (part) | 07/31/13 | J | A | |
| 1169. | | | | | Sold (part) | 08/27/13 | J | A | |
| 1170. - iShares MSCI Brazil ETF | | | | | Buy | 07/11/13 | J | | |
| 1171. | | | | | Sold | 09/19/13 | J | A | |
| 1172. - iShares Mortgage Real Estate | | | | | Buy | 11/14/13 | J | | |
| 1173. - Kellogg Company | | | | | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. - Johnson & Johnson | | | | | Buy | 01/28/13 | J | | |
| 1175. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1176. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1177. | | | | | Sold | 11/01/13 | J | A | |
| 1178. - JP Morgan Chase & Co | | | | | Buy | 01/28/13 | J | | |
| 1179. | | | | | Sold (part) | 02/27/13 | J | A | |
| 1180. | | | | | Sold | 03/13/13 | J | A | |
| 1181. - KLA-Tencor Corp | | | | | Buy | 01/28/13 | J | | |
| 1182. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 1183. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1184. | | | | | Sold | 05/20/13 | J | A | |
| 1185. - Kohls Corp | | | | | Buy | 01/28/13 | J | | |
| 1186. | | | | | Sold (part) | 02/27/13 | J | A | |
| 1187. | | | | | Sold (part) | 04/12/13 | J | A | |
| 1188. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1189. | | | | | Sold (part) | 08/14/13 | J | A | |
| 1190. | | | | | Sold | 08/27/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. - Kroger Company Common | | | | | Buy | 01/28/13 | J | | |
| 1192. | | | | | Sold | 04/01/13 | J | A | |
| 1193. - Marvell Technology Croup LTD | | | | | Buy | 01/28/13 | J | | |
| 1194. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 1195. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 1196. | | | | | Sold (part) | 08/14/13 | J | B | |
| 1197. | | | | | Sold (part) | 11/05/13 | J | A | |
| 1198. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 1199. - Maxim Integrated Prods Inc | | | | | Buy | 12/20/13 | J | | |
| 1200. - Medley Capital Corp | | | | | Buy | 09/04/13 | J | | |
| 1201. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 1202. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 1203. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 1204. | | | | | Sold (part) | 12/26/13 | J | | |
| 1205. - Merck & Co Inc New | | | | | Buy | 01/28/13 | J | | |
| 1206. | | | | | Sold (part) | 04/11/13 | J | A | |
| 1207. | | | | | Buy (add'l) | 05/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. | | | | | Sold | 05/03/13 | J | A | |
| 1209. - Microsoft Corp | | | | | Buy | 01/28/13 | J | | |
| 1210. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 1211. | | | | | Sold (part) | 04/04/13 | J | A | |
| 1212. | | | | | Sold (part) | 04/11/13 | J | A | |
| 1213. | | | | | Sold (part) | 06/10/13 | J | A | |
| 1214. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 1215. - New York Mortgage Trust Inc | | | | | Buy | 01/28/13 | J | | |
| 1216. | | | | | Sold (part) | 01/31/13 | J | A | |
| 1217. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1218. | | | | | Sold (part) | 12/12/13 | J | A | |
| 1219. | | | | | Sold (part) | 12/16/13 | J | A | |
| 1220. - Newmont Mining Corp New | | | | | Buy | 03/28/13 | J | | |
| 1221. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 1222. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1223. | | | | | Sold (part) | 06/20/13 | J | | |
| 1224. | | | | | Sold (part) | 06/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 1226. - Pengrowth Energy Corp | | | | | Buy | 03/08/13 | J | | |
| 1227. - Pennantpark Investment Corp | | | | | Buy | 03/27/13 | J | | |
| 1228. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 1229. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 1230. - Pfizer Incorporated | | | | | Buy | 06/24/13 | J | | |
| 1231. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 1232. | | | | | Sold (part) | 10/24/13 | J | A | |
| 1233. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 1234. - Proctor & Gamble Co | | | | | Buy | 01/28/13 | J | | |
| 1235. | | | | | Sold | 03/05/13 | J | A | |
| 1236. - Proshares Trust Ultrapro Short S&P 500 | | | | | Buy | 09/20/13 | J | | |
| 1237. | | | | | Sold | 09/23/13 | J | A | |
| 1238. - Proshares Short S&P 500 | | | | | Buy | 10/14/13 | K | | |
| 1239. | | | | | Buy (add'l) | 10/30/13 | K | | |
| 1240. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 1241. - Proshares TR ET Ultrashort Russell 2000 | | | | | Buy | 01/28/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Sold (part) | 04/04/13 | J | | |
| 1243. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 1244. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 1245. | | | | | Sold (part) | 06/21/13 | J | A | |
| 1246. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 1247. | | | | | Sold (part) | 07/18/13 | J | | |
| 1248. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 1249. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 1250. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 1251. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 1252. | | | | | Sold (part) | 08/20/13 | J | A | |
| 1253. | | | | | Sold (part) | 08/29/13 | J | A | |
| 1254. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 1255. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 1256. | | | | | Sold (part) | 09/16/13 | J | | |
| 1257. | | | | | Sold (part) | 09/18/13 | J | | |
| 1258. | | | | | Sold (part) | 10/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 1260. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 1261. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 1262. | | | | | Sold (part) | 12/20/13 | K | | |
| 1263. | | | | | Buy | 11/05/13 | J | | |
| 1264. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 1265. - Proshares Trust Ultrashort 20+ Treasury | | | | | Buy | 05/26/13 | J | | |
| 1266. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 1267. | | | | | Sold (part) | 07/08/13 | J | A | |
| 1268. | | | | | Sold (part) | 09/18/13 | J | A | |
| 1269. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 1270. - Proshares TR Ultrashort S&P 500 | | | | | Buy | 01/28/13 | K | | |
| 1271. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 1272. | | | | | Sold (part) | 02/27/13 | J | | |
| 1273. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 1274. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 1275. | | | | | Buy (add'l) | 04/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. | | | | | Sold (part) | 04/09/13 | J | | |
| 1277. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 1278. | | | | | Buy (add'l) | 04/12/13 | J | | |
| 1279. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 1280. | | | | | Sold (part) | 04/19/13 | K | | |
| 1281. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 1282. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 1283. | | | | | Buy (add'l) | 05/02/13 | K | | |
| 1284. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 1285. | | | | | Sold (part) | 05/30/13 | J | | |
| 1286. | | | | | Sold (part) | 06/12/13 | J | | |
| 1287. | | | | | Sold (part) | 06/13/13 | J | | |
| 1288. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 1289. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 1290. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 1291. | | | | | Sold (part) | 06/25/13 | K | | |
| 1292. | | | | | Buy (add'l) | 07/03/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 1294. | | | | | Sold (part) | 07/18/13 | J | | |
| 1295. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 1296. | | | | | Sold (part) | 08/12/13 | J | | |
| 1297. | | | | | Sold (part) | 08/20/13 | K | | |
| 1298. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 1299. | | | | | Buy (add'l) | 08/30/13 | K | | |
| 1300. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 1301. | | | | | Sold (part) | 09/04/13 | J | | |
| 1302. | | | | | Sold (part) | 09/18/13 | J | | |
| 1303. | | | | | Sold (part) | 10/10/13 | J | | |
| 1304. | | | | | Sold (part) | 11/14/13 | K | | |
| 1305. | | | | | Sold | 11/21/13 | K | | |
| 1306. - Powershares QQQ TR Series I | | | | | Buy | 02/27/13 | K | | |
| 1307. | | | | | Sold | 02/27/13 | K | | |
| 1308. - Prospect Capital Corp | | | | | Buy | 01/28/13 | J | | |
| 1309. | | | | | Buy (add'l) | 04/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1311. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 1312. | | | | | Sold (part) | 11/20/13 | J | A | |
| 1313. - Royal Dutch Shell PL | | | | | Buy | 04/09/13 | J | | |
| 1314. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1315. | | | | | Sold (part) | 10/27/13 | J | A | |
| 1316. - Regal Entertainment Grp | | | | | Buy | 01/28/13 | J | | |
| 1317. - Safeway Inc | | | | | Buy | 04/29/13 | J | | |
| 1318. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1319. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 1320. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 1321. | | | | | Sold (part) | 09/11/13 | J | A | |
| 1322. | | | | | Sold (part) | 09/20/13 | J | B | |
| 1323. - Select Sector SPDR TR Utilities | | | | | Buy | 01/28/13 | J | | |
| 1324. | | | | | Sold | 04/01/13 | J | A | |
| 1325. | | | | | Buy | 06/13/13 | J | | |
| 1326. | | | | | Sold (part) | 06/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. | | | | | Sold | 06/24/13 | J | | |
| 1328. - SPDR S&P Dividend | | | | | Buy | 05/15/13 | J | | |
| 1329. | | | | | Sold | 05/23/13 | J | | |
| 1330. | | | | | Buy | 06/03/13 | J | | |
| 1331. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 1332. | | | | | Sold (part) | 06/20/13 | J | | |
| 1333. | | | | | Sold | 06/24/13 | J | | |
| 1334. - SPDR S&P International Dividend | | | | | Buy | 02/28/13 | J | | |
| 1335. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 1336. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 1337. - Telefonicca Brasil SA Sponsored ADR | | | | | Buy | 01/28/13 | J | | |
| 1338. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 1339. | | | | | Sold (part) | 08/21/13 | J | | |
| 1340. - Telefonica SA Spon ADR | | | | | Buy | 01/28/13 | J | | |
| 1341. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 1342. | | | | | Sold (part) | 10/24/13 | J | A | |
| 1343. - Teva Pharmaceutical ADR | | | | | Buy | 02/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1345. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 1346. | | | | | Sold (part) | 06/14/13 | J | | |
| 1347. | | | | | Sold | 06/20/13 | J | | |
| 1348. - TICC Capital Corp | | | | | Buy | 01/28/13 | J | | |
| 1349. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1350. | | | | | Sold (part) | 11/27/13 | J | A | |
| 1351. | | | | | Buy (add'l) | 01/28/13 | J | | |
| 1352. - Total SA Spons ADR | | | | | Buy | 03/27/13 | J | | |
| 1353. | | | | | Sold | 05/01/13 | J | | |
| 1354. - Transocean LTD Ordinary Shares | | | | | Buy | 03/05/13 | J | | |
| 1355. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1356. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 1357. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 1358. | | | | | Sold (part) | 09/24/13 | J | | |
| 1359. - Two Harbors Invt Corp | | | | | Buy | 01/28/13 | J | | |
| 1360. | | | | | Buy (add'l) | 04/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1362. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 1363. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 1364. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 1365. - Vodafone Grouup PLC Sponsored ADR | | | | | Buy | 06/18/13 | J | | |
| 1366. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 1367. - Walgreen Company | | | | | Buy | 01/28/13 | J | | |
| 1368. | | | | | Sold | 04/01/13 | J | A | |
| 1369. - Waste Management Inc Del | | | | | Buy | 01/28/13 | J | | |
| 1370. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1371. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1372. | | | | | Sold | 06/13/13 | J | A | |
| 1373. - Wells Fargo Company | | | | | Buy | 01/28/13 | J | | |
| 1374. | | | | | Sold (part) | 04/17/13 | J | A | |
| 1375. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1376. | | | | | Sold | 05/06/13 | J | A | |
| 1377. - Whitestone REIT | | | | | Buy | 01/28/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 1379. - Gladstone Investment | | | | | Buy | 01/28/13 | J | | |
| 1380. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 1381. | | | | | Sold | 07/17/13 | J | A | |
| 1382. PMC Family LLC (x) | None | | M | W | | | | | |
| 1383. The Sequoia Fund (x) | None | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 188, has rental income from property located in Middletown, DE. This asset was purchased in 2004 for $80,925.

Asset listed in Part VII, Line 7, was transferred to Trust #17 reporting on line 861 then subsequently sold.

Asset listed in Part VII, Line 10, was transferred to Trust #17 reporting on line 909 then subsequently sold.

Part VI, Line 4, is in reference to investment listed in Part VII, Line 188.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544